# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE RAMON VILLALOBOS (1),<br><br>            Defendant. | CASE NO. 11CR5172 WQH<br><br>**JUDGMENT OF DISMISSAL** |

FILED  
DEC - 8 2011  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY           DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Information:

21:952 and 960; 18:2

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/8/11

William V. Gallo  
U.S. Magistrate Judge