# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE RAMON VILLALOBOS (1),<br><br>　　　　　　　Defendant. | CASE NO. 11CR5172 W<br><br><br>**JUDGMENT OF DISMISSAL** |

FILED
DEC - 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Information:

21:952 and 960; 18:2

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/8/11

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge